**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 11, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30470

G F THOMAS INVESTMENTS L P, on behalf of itself and all others
similarly situated

Plaintiff - Appellant

v.

CLECO CORP

Defendant - Appellee

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:03-CV-2227
--------------------

Before KING, Chief Judge, BENAVIDES and STEWART Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.